IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CARLTON KEITH FARR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FLOWERS FOODS, INC.; )<br>FLOWERS BAKING CO. OF )<br>OPELIKA, LLC; and FLOWERS )<br>BAKING CO. OF BIRMINGHAM, )<br>LLC, )<br>)<br>Defendants. ) | CASE NO. 3:18-CV-774-WKW |

## **ORDER**

Before the court is the parties' Joint Stipulation of Dismissal (Doc. # 21), which comports with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties' settlement agreement was approved in *Matthew Green et al. v. Flowers Foods, Inc. et al.*, No. 19-cv-1021, Doc. # 23 (W.D. Tenn. Feb. 27, 2019). All claims by Plaintiff against Defendants are therefore DISMISSED WITH PREJUDICE by operation of Rule 41, on the terms agreed to and set out by the parties.

DONE this 13th day of March, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE